NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of M.A.B. and D.R.W.,
children.

 )
 )
 )
 )

M.B.,

   Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES AND GUARDIAN AD LITEM
PROGRAM,

   Appellee.

Case No. 2D19-1623

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Polk County; Michelle Pincket, Judge.

Ryan Thomas Truskowski of Ryan Thomas
Truskowski, P.A., Orlando, for Appellant.

Thomasina F. Moore, Statewide Director of
Appeals, Florida Statewide Guardian ad
Litem Office, Tallahassee for Appellee.

Morgan Lyle Weinstein, Pro Bono,
Defending Best Interests Project, Florida
Statewide Guardian ad Litem Office,
Weinstein Law, P.A., Fort Lauderdale,
on behalf of M.B. and D.W.


PER CURIAM.

Affirmed.

CASANUEVA, SLEET, and LUCAS, JJ., Concur.